No. 91–1040. PENTHOUSE INTERNATIONAL, LTD. *v.* MEESE, FORMER ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no

part in the consideration or decision of this petition.